**SO ORDERED.**

**SIGNED this 15 day of March, 2011.**



_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
Sitting at Wichita

| | |
|---|---|
| In re GARY EUGENE HYDE and LuANNE (NMN) HYDE<br>Debtors. | Case No. 09-12458<br>Chapter 13 |
| GARY EUGENE HYDE and LuANNE HYDE<br>Plaintiffs<br><br>v.<br><br>BANK OF AMERICA HOME LOANS and BAC HOME LOANS SERVICING, L.P., f/k/a/ Countrywide Home Loans Servicing, L.P.<br>Defendants | Adv. no. 10-5047 |

## AGREED JUDGMENT

BEFORE THE COURT is the parties' Agreed Motion for Judgment. The plaintiffs appear by and through their attorney, Martin J. Peck. Defendant BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP ("BAC") appears by and through their attorney Pamela B. Leonard of Kozeny & McCubbin. The Standing Chapter 13 Trustee, Laurie B. Williams, appears. There are no other appearances.

WHEREUPON, the parties announce to the Court that they have agreed as follows:

1. The Court has jurisdiction of the parties and of the subject matter.

2. The plaintiffs are debtors in a case under Chapter 13 of Title 11 in the Bankruptcy Court for the District of Kansas, styled *In re Gary Eugene Hyde and Luanne (NMN) Hyde,* case No. 09-12458 ("the Bankruptcy"). A plan in that case was confirmed on December 10, 2009 ("the Plan").

3. BAC is the holder of a note and mortgage (account number 168668433) that creates a claim in the Bankruptcy that is partially secured on the debtors' residential real estate, consisting of a manufactured home, valued at $39,130.00, and other real estate, valued at $24,260.00. As of July 29, 2009, the principal balance due was $74,845.89, of which 38.27%, or $28,644.29 as of July 29, 2009, is attributable to the real estate.

4. As the result of this action and pursuant to the terms of the Plan, the debtor's principal balance due BAC secured by real estate, will be deemed to be $28,644.29 as of July 29, 2009, and the debtors will continue to pay principal and interest payments of $266.11, which will properly amortize the reduced loan balance over the remainder of the original fifteen-year term of the loan.

5. In the event the debtors make all payments required under the terms of the Plan, upon the debtors' discharge, creditor BAC's mortgage lien on the debtors' residential real estate, commonly known as 14259 3rd Dr., Oxford, Kansas, and legally described as

> Beginning at a point 660 feet West and 700 feet South of the Northeast corner of the Northwest Quarter of Section 7, Township 32 South, Range 3 East of the 6th P.M., Cowley County, Kansas; thence West 1306.8 feet with a right deflection angle of 91° 14' 40" to a point on the East bank of Arkansas River; thence Southeast along said bank 212.13 feet; thence East 1156.8 feet; thence North 150 feet to the place of beginning,

shall be deemed to be limited to the principal balance remaining on the balance set out in paragraph 4, above, after properly crediting the payments called for by that paragraph. An amortization schedule presuming timely payments for direct payments made to the plaintiff during the life of the Plan is as follows:

|    | Date     | Payment Amount | Accrued Interest | Principal Payment | Interest Payment | Principal Balance |
|----|----------|----------------|------------------|-------------------|------------------|-------------------|
|    | 07/15/09 |                |                  |                   |                  | $28,644.29        |
| 1  | 08/01/09 | $266.11        | $80.05           | $186.06           | $80.05           | $28,458.23        |
| 2  | 09/01/09 | $266.11        | $145.02          | $121.09           | $145.02          | $28,337.14        |
| 3  | 10/01/09 | $266.11        | $139.74          | $126.37           | $139.74          | $28,210.77        |
| 4  | 11/01/09 | $266.11        | $143.76          | $122.35           | $143.76          | $28,088.42        |
| 5  | 12/01/09 | $266.11        | $138.52          | $127.59           | $138.52          | $27,960.83        |
| 6  | 01/01/10 | $266.11        | $142.49          | $123.62           | $142.49          | $27,837.21        |
| 7  | 02/01/10 | $266.11        | $141.86          | $124.25           | $141.86          | $27,712.96        |
| 8  | 03/01/10 | $266.11        | $127.56          | $138.55           | $127.56          | $27,574.41        |
| 9  | 04/01/10 | $266.11        | $140.52          | $125.59           | $140.52          | $27,448.82        |
| 10 | 05/01/10 | $266.11        | $135.36          | $130.75           | $135.36          | $27,318.07        |
| 11 | 06/01/10 | $266.11        | $139.21          | $126.90           | $139.21          | $27,191.17        |
| 12 | 07/01/10 | $266.11        | $134.09          | $132.02           | $134.09          | $27,059.15        |
| 13 | 08/01/10 | $266.11        | $137.89          | $128.22           | $137.89          | $26,930.93        |
| 14 | 09/01/10 | $266.11        | $137.24          | $128.87           | $137.24          | $26,802.06        |
| 15 | 10/01/10 | $266.11        | $132.17          | $133.94           | $132.17          | $26,668.12        |
| 16 | 11/01/10 | $266.11        | $135.90          | $130.21           | $135.90          | $26,537.91        |
| 17 | 12/01/10 | $266.11        | $130.87          | $135.24           | $130.87          | $26,402.67        |
| 18 | 01/01/11 | $266.11        | $134.55          | $131.56           | $134.55          | $26,271.11        |
| 19 | 02/01/11 | $266.11        | $133.87          | $132.24           | $133.87          | $26,138.87        |
| 20 | 03/01/11 | $266.11        | $120.31          | $145.80           | $120.31          | $25,993.07        |
| 21 | 04/01/11 | $266.11        | $132.46          | $133.65           | $132.46          | $25,859.42        |
| 22 | 05/01/11 | $266.11        | $127.53          | $138.58           | $127.53          | $25,720.84        |

|    | Date     | Payment Amount | Accrued Interest | Principal Payment | Interest Payment | Principal Balance |
|----|----------|----------------|------------------|-------------------|------------------|-------------------|
| 23 | 06/01/11 | $266.11        | $131.07          | $135.04           | $131.07          | $25,585.80        |
| 24 | 07/01/11 | $266.11        | $126.18          | $139.93           | $126.18          | $25,445.87        |
| 25 | 08/01/11 | $266.11        | $129.67          | $136.44           | $129.67          | $25,309.43        |
| 26 | 09/01/11 | $266.11        | $128.97          | $137.14           | $128.97          | $25,172.29        |
| 27 | 10/01/11 | $266.11        | $124.14          | $141.97           | $124.14          | $25,030.32        |
| 28 | 11/01/11 | $266.11        | $127.55          | $138.56           | $127.55          | $24,891.76        |
| 29 | 12/01/11 | $266.11        | $122.75          | $143.36           | $122.75          | $24,748.40        |
| 30 | 01/01/12 | $266.11        | $126.12          | $139.99           | $126.12          | $24,608.41        |
| 31 | 02/01/12 | $266.11        | $125.40          | $140.71           | $125.40          | $24,467.70        |
| 32 | 03/01/12 | $266.11        | $116.64          | $149.47           | $116.64          | $24,318.23        |
| 33 | 04/01/12 | $266.11        | $123.92          | $142.19           | $123.92          | $24,176.04        |
| 34 | 05/01/12 | $266.11        | $119.22          | $146.89           | $119.22          | $24,029.15        |
| 35 | 06/01/12 | $266.11        | $122.45          | $143.66           | $122.45          | $23,885.49        |
| 36 | 07/01/12 | $266.11        | $117.79          | $148.32           | $117.79          | $23,737.17        |
| 37 | 08/01/12 | $266.11        | $120.96          | $145.15           | $120.96          | $23,592.02        |
| 38 | 09/01/12 | $266.11        | $120.22          | $145.89           | $120.22          | $23,446.13        |
| 39 | 10/01/12 | $266.11        | $115.62          | $150.49           | $115.62          | $23,295.64        |
| 40 | 11/01/12 | $266.11        | $118.71          | $147.40           | $118.71          | $23,148.24        |
| 41 | 12/01/12 | $266.11        | $114.16          | $151.95           | $114.16          | $22,996.29        |
| 42 | 01/01/13 | $266.11        | $117.19          | $148.92           | $117.19          | $22,847.37        |
| 43 | 02/01/13 | $266.11        | $116.43          | $149.68           | $116.43          | $22,697.69        |
| 44 | 03/01/13 | $266.11        | $104.47          | $161.64           | $104.47          | $22,536.05        |
| 45 | 04/01/13 | $266.11        | $114.84          | $151.27           | $114.84          | $22,384.78        |
| 46 | 05/01/13 | $266.11        | $110.39          | $155.72           | $110.39          | $22,229.06        |
| 47 | 06/01/13 | $266.11        | $113.28          | $152.83           | $113.28          | $22,076.23        |
| 48 | 07/01/13 | $266.11        | $108.87          | $157.24           | $108.87          | $21,918.99        |
| 49 | 08/01/13 | $266.11        | $111.70          | $154.41           | $111.70          | $21,764.58        |
| 50 | 09/01/13 | $266.11        | $110.91          | $155.20           | $110.91          | $21,609.38        |

|    | Date     | Payment Amount | Accrued Interest | Principal Payment | Interest Payment | Principal Balance |
|----|----------|----------------|------------------|-------------------|------------------|-------------------|
| 51 | 10/01/13 | $266.11        | $106.57          | $159.54           | $106.57          | $21,449.84        |
| 52 | 11/01/13 | $266.11        | $109.31          | $156.80           | $109.31          | $21,293.04        |
| 53 | 12/01/13 | $266.11        | $105.01          | $161.10           | $105.01          | $21,131.94        |
| 54 | 01/01/14 | $266.11        | $107.69          | $158.42           | $107.69          | $20,973.52        |
| 55 | 02/01/14 | $266.11        | $106.88          | $159.23           | $106.88          | $20,814.29        |
| 56 | 03/01/14 | $266.11        | $95.80           | $170.31           | $95.80           | $20,643.98        |
| 57 | 04/01/14 | $266.11        | $105.20          | $160.91           | $105.20          | $20,483.07        |
| 58 | 05/01/14 | $266.11        | $101.01          | $165.10           | $101.01          | $20,317.97        |
| 59 | 06/01/14 | $266.11        | $103.54          | $162.57           | $103.54          | $20,155.40        |
| 60 | 07/01/14 | $266.11        | $99.40           | $166.71           | $99.40           | $19,988.69        |
| 61 | 08/01/14 | $266.11        | $101.86          | $164.25           | $101.86          | $19,824.44        |

WHEREFORE, IT IS HEREBY ORDERED THAT:

A.    Upon completion of debtors' Chapter 13 Plan, the debt secured by BAC's mortgage lien on the debtors' residential real estate, commonly known as 14259 3rd Dr., Oxford, Kansas, and legally described as

> Beginning at a point 660 feet West and 700 feet South of the Northeast corner of the Northwest Quarter of Section 7, Township 32 South, Range 3 East of the 6th P.M., Cowley County, Kansas; thence West 1306.8 feet with a right deflection angle of 91° 14' 40" to a point on the East bank of Arkansas River; thence Southeast along said bank 212.13 feet; thence East 1156.8 feet; thence North 150 feet to the place of beginning,

will be reduced to $28,644.29 as of July 29, 2009, less amounts properly credited for payments made subsequent to that date, and the remainder of the defendant's debt will be discharged pursuant to the terms of the Plan.

B.    Each party to bear their own costs.

IT IS SO ORDERED.

U.S. Bankruptcy Court, District of Kansas
AGREED JUDGMENT
*Hyde v. Bank of America Home Loans (In re Hyde)*
Case number 10-5047 (09-12458-13)

# # #

submitted by:

/s/ Martin J. Peck
Martin J. Peck, #16273
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
(620) 326-5997
Fax (620) 326-6887
peck@martinjpeck.com
Attorney for plaintiffs

approved:


/s/ Pamela B. Leonard
Pamela B. Leonard, KS Fed. #78248
Kozeny & McCubbin, LC
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 744-5696
Fax (314) 744-7736
Attorney for Defendant BAC Home Loans Servicing, LP,
formerly known as Countrywide Home Loans Servicing, LP


/s/ Laurie B. Williams
Laurie B. Williams, # 12868
225 N. Market St., Suite 310
Wichita, KS 67202-2022
(316) 267-1791
Fax (316) 267-0970
Standing Chapter 13 Trustee

- 6 -